In re:  Case No. 17-00495-HWV

Mary L. Hillman  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2

Date Rcvd: Apr 14, 2021  Form ID: ordsmiss  Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Mary L. Hillman, 375 Stabley Lane, Windsor, PA 17366-9014 |
| cr | | New Penn Financial LLC d/b/a Shellpoint Mortgage S, PO Box 10826, Greenville, SC 29603-0826 |
| cr | | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | New Penn Financial, LLC d/b/a Shellpoint Mortgage, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 4882268 | + | Hladek, Onorato, Federman Attorneys, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 4882269 | | Jill C. Heindel tax collector, po box 399, Windsor, PA 17366-0399 |
| 4888770 | + | New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 4882270 | + | New Penn Financial/Shellpoint Mort., 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4939436 | | EDI: BANKAMER.COM | Apr 14 2021 22:53:00 | Bank Of America Home Loans, Po Box 31785, Tampa, FL. 33631-3785 |
| 4939437 | | EDI: BANKAMER.COM | Apr 14 2021 22:53:00 | Bank Of America Home Loans, Po Box 15222, Wilmington, DE. 19886-5222 |
| 4882265 | | EDI: IRS.COM | Apr 14 2021 22:53:00 | Department of Treasury, Internal Revenue Service, po box 8208, Philadelphia, PA 19101-8208 |
| 4933352 | + | EDI: AIS.COM | Apr 14 2021 22:53:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4882267 | + | Email/Text: bknotice@ercbpo.com | Apr 14 2021 19:15:00 | ERC, po box 57547, Jacksonville, FL 32241-7547 |
| 4882263 | | EDI: JPMORGANCHASE | Apr 14 2021 22:53:00 | chase bank usa na, po box 15298, Wilmington, DE 19850-5298 |
| 4882264 | + | EDI: CHRM.COM | Apr 14 2021 22:53:00 | chrysler capital, po box 961275, Fort Worth, TX 76161-0275 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4914185 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW, YORK, AS THE TRUSTEE FOR THE BENEFIT OF, THE CERTIFICATEHOLDERS OF THE CWHEQ, INC., HOME EQUITY LOAN ASSET-BACKED, CERTIFICATES, SERIES 2006-S2, C/O BANK OF AMERICA, N.A. |
| 4882266 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, department of treasury, po box 21126, Philadelphia, PA 19114-0326 |

| District/off: 0314-1 | User: AutoDocke | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2021 | Form ID: ordsmiss | Total Noticed: 15 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Gregory S Hazlett | on behalf of Debtor 1 Mary L. Hillman adlitem@pa.net |
| James Allen Prostko | on behalf of Creditor The Bank Of New York Mellon et. al. pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor Bank of America  N.A. pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor The Bank Of New York Mellon et. al. pamb@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWHEQ INC., HO ME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-S2 bkgroup@kmllawgroup.com |
| Steven P. Kelly | on behalf of Creditor MTGLQ INVESTORS  LP skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Thomas Song | on behalf of Creditor Bank of America  N.A. pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William Edward Miller | on behalf of Creditor New Penn Financial  LLC d/b/a Shellpoint Mortgage Servicing wmiller@friedmanvartolo.com, wedwardmiller@gmail.com |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Mary L. Hillman,<br>**Debtor 1** | Chapter 13<br><br>Case No. 1:17−bk−00495−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: April 14, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

ordsmiss (05/18)